IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-3115 |
| | ) | |
| 1998 FREIGHTLINER CONVENTIONAL C120, SEMI-TRACTOR, VIN #1FUYSSEB5WL979209, and 1990 TRAILMOBILE BOX SEMI-TRAILER, VIN #1FT01JAH3L9005670, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the United States of America's Motion for Default Judgment (d/e 18) pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, against Alfonso Najera, and all potential claimants, and for the forfeiture of the Defendants. The United States of America has demonstrated a right to a default judgment. The United States of America has shown that there is probable cause to believe that the Defendants were used or intended to be used to transport, or in some

1

manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and are, therefore, subject to forfeiture to the United States of America, pursuant to 21 U.S.C. § 881(a)(4). Service of process requirements have been met, and all potential claimants, have received notice by publication of the pendency of this action, and no one, other than Alfonso Najera, has filed a timely a claim and answer to defend the Defendants, and Alfonso Najera and the potential claimants are not infants or incompetent persons and are not in the military within the purview of the Soldiers and Sailors Civil Relief Act of 1940, as amended. Alfonso Najera, on March 8, 2006, sent notice that he did not wish to pursue his claim. At a hearing on June 19, 2006, the Court dismissed Najera's claim and an Entry of Default (d/e 16) was entered and filed against the Defendants, Alfonso Najera and any unknown potential claimants. The Entry of Default was entered against Alfonso Najera for failure to prosecute his claim.

THEREFORE, The United States of America's Motion for Default Judgment (d/e 18) is ALLOWED. A judgment of default is hereby entered in favor of the United States of America and against Alfonso Najera, all

unknown potential claimants and against the Defendants.  The Defendants are hereby forfeited to the United States of America and no other right, title or interest shall exist therein.  The Defendants are to be disposed by the United States Marshal Service in accordance with law.  All pending motions are denied as moot.  This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:   July 27, 2006.

       FOR THE COURT:

                                              s/ Jeanne E. Scott
                                              JEANNE E. SCOTT
                            UNITED STATES DISTRICT JUDGE